IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROGUE VALLEY GROUP LLC,

                Plaintiff(s),

     v.

FALLS LAKE FIRE AND CASUALTY,

                Defendant(s).

Civil No. 03:20-cv-00421-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that the parties' Stipulated Motion for Order of Dismissal [31] is GRANTED and that this action is DISMISSED with prejudice and without fees or costs to either party. Pending motions, if any, are DENIED AS MOOT.

Dated this 27th day of December, 2021.

                                          by    /s/ Jolie A. Russo
                                                Jolie A. Russo
                                                United States Magistrate Judge